IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN FREEDOM DEFENSE INITIATIVE, *et al.*,<br><br>     Plaintiffs-Appellants,<br><br>   -v-<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, *et al.*,<br><br>     Defendants-Appellees. | Appeal No. 17-7059 |

**STATEMENT OF ISSUES TO BE RAISED**

Plaintiffs-Appellants American Freedom Defense Initiative, Pamela Geller, and Robert Spencer (collectively referred to as "Plaintiffs") hereby submit the following statement of proposed issues to be raised in this appeal:

I.     Whether WMATA may target Plaintiffs' speech for censorship by issuing a temporary "moratorium" on the display of certain advertisements on its property following the submission of Plaintiffs' ads so as to prevent the display of these ads and then formalizing the censorship by way of a resolution that purportedly changed the regulations on advertising.

II.    Whether Plaintiffs' challenge to WMATA's rejection of their ads under the advertising regulations existing at the time Plaintiffs submitted the ads—regulations that permitted the display of issue-oriented advertising—is moot as a

result of the "moratorium" and subsequent resolution that purportedly changed the regulations.

  III. Whether Plaintiffs were entitled to summary judgment on their constitutional claims arising under the First and Fourteenth Amendments.

  IV. Whether WMATA is immune from suit under 42 U.S.C. § 1983 such that Plaintiffs are not entitled to nominal damages should they prevail on their constitutional claims.

        Respectfully submitted,

        AMERICAN FREEDOM LAW CENTER

        /s/ *Robert J. Muise*
        Robert J. Muise, Esq.
        P.O. Box 131098
        Ann Arbor, Michigan 48113
        Tel: (734) 635-3756
        rmuise@americanfreedomlawcenter.org

        /s/ *David Yerushalmi*
        David Yerushalmi, Esq. (D.C. Bar No. 978179)
        1901 Pennsylvania Avenue NW, Suite 201
        Washington, D.C. 20001
        dyerushalmi@americanfreedomlawcenter.org
        Tel: (646) 262-0500
        Fax: (801) 760-3901

        *Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. I further certify that all of the participants in this case are registered CM/ECF users.

                AMERICAN FREEDOM LAW CENTER

                /s/ *Robert J. Muise*
                Robert J. Muise, Esq.